IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAMBRIANS FOR THOUGHTFUL
DEVELOPMENT, U.A., JOHN MUELLER,
TOM JANSMA and MARY JANSMA,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 07-cv-246-bbc

v.

DIDION MILLING, INC.,

    Defendant.

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case against defendant.

THERESA M. OWENS

By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

MAR 3 1 2008
Date